UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| Katherine Portalatin Quinones ,<br><br>Plaintiff(s),<br><br>v.<br><br>Uber Technologies, Inc., et al. ,<br><br>Defendant(s). | Case No. 4:25-cv-10913-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Bret D. Stanley          , an active member in good standing of the bar of Texas                              , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Katherine Portalatin Quinones     in the above-entitled action. My local co-counsel in this case is Brittnie Panetta              , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 333549            .

| | |
|---|---|
| 2925 Richmond Ave, Suite 1700, Houston, TX 77098 | 945 S. Main Street, Suite 210, Salinas, CA 93901 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 713-600-8937 | 831-273-2155 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bstanley@johnsonlawgroup.com | bpanetta@thematthewslawfirm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX 24075116   .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2       times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2026

Bret D. Stanley
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bret D. Stanley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/13/2026

Haywood S. Gill, Jr.
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Bret Daniel Stanley**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2010.

I further certify that the records of this office show that, as of this date

**Bret Daniel Stanley**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of February, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9360C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 02, 2026

Re: Bret Daniel Stanley, State Bar Number 24075116

To Whom It May Concern:

This is to certify that Bret Daniel Stanley was licensed to practice law in Texas on November 05, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Bret D. Stanley, Federal ID No 1125950

Admission date: February, 3, 2011

Dated February 3, 2026, at Houston, Texas.



Nathan Ochsner, Clerk of Court


By: Heather McCalip, Deputy Clerk