Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:    (424) 285-8330
Facsimile:    (424) 204-9093

Attorney for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; AND RASIER-CA, LLC

Russell W. Lewis, IV. (Bar No. 350821)
rlewis@johnsonlawgroup.com
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
Telephone:    (713) 626-9336
Facsimile:    (800) 731-6018

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| KATHERINE PORTALATIN QUINONES,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC,<br><br>Defendants. | Case No. 4:25-cv-10913-HSG<br><br>**AMENDED STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING POTENTIAL RESOLUTION**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Courtroom: 2 – 4th Floor |

AMENDED STIPULATION AND ORDER TO STAY
PROCEEDINGS PENDING POTENTIAL RESOLUTION

CASE NO. 4:25-CV-10913-HSG

## STIPULATION

**WHEREAS**, on January 30, 2026, Plaintiff Katherine Portalatin Quinones filed with the Court a First Amended Complaint against Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 15(a)(1) (ECF 12);

**WHEREAS**, on March 17, 2026, the parties agreed pursuant to Civil Local Rule 6-1(a) to extend the deadline for Defendants to respond to the First Amended Complaint to April 23, 2026 (ECF 29);

**WHEREAS**, pursuant to the Court's Alternative Dispute Resolution Local Rules, the Parties have met and conferred regarding alternative dispute resolution options and have agreed to explore resolving this case, including through private mediation;

**WHEREAS**, in the interest of conserving the resources of the Court and the Parties, the Parties have agreed to stay all proceedings in this action for 120 days from the date this stipulation is filed to permit the parties time to explore potential resolution of the matter;

**NOW THEREFORE**, pursuant to Civil Local Rule 7-12, and subject to the Court's approval, the Parties, by and through their counsel of record, **STIPULATE AND AGREE** as follows:

1. The Parties will explore attempting to resolve this case, including through private mediation;

2. All proceedings in this action are stayed until July 16, 2026;

3. The Initial Case Management Conference should be continued from March 24, 2026 to August 18, 2026 at 2:00 p.m.;

4. The deadline for Defendants to answer or otherwise respond to the First Amended Complaint is stayed until August 21, 2026;

5. The deadline to file Rule 26(a)(1) initial disclosures is stayed until 45 days after Defendants answer the First Amended Complaint; and

6. The Parties will file their Joint Case Management Statement no later than August 11, 2026.

2

AMENDED STIPULATION AND ORDER TO STAY
PROCEEDINGS PENDING POTENTIAL RESOLUTION

CASE NO. 4:25-CV-10913-HSG

**IT IS SO STIPULATED**.

Dated: March 18, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  */s/ Michael B. Shortnacy*
     MICHAEL B. SHORTNACY
     mshortnacy@shb.com
     SHOOK, HARDY & BACON L.L.P.
     2121 Avenue of the Stars, Suite 1400
     Los Angeles, CA 90067
     Telephone:     (424) 285-8330
     Facsimile:      (424) 204-9093

     Attorney for Defendants
     UBER TECHNOLOGIES, INC.,
     RASIER, LLC; AND RASIER-CA, LLC

By:  */s/ Russell W. Lewis*
     RUSSELL W. LEWIS, IV. (Bar No. 350821)
     rlewis@johnsonlawgroup.com
     JOHNSON LAW GROUP
     2925 Richmond Ave., Suite 1700
     Houston, Texas 77098
     Telephone:     (713) 626-9336
     Facsimile:      (800) 731-6018

     Attorney for Plaintiff

3

AMENDED STIPULATION AND ORDER TO STAY
PROCEEDINGS PENDING POTENTIAL RESOLUTION

CASE NO. 4:25-CV-10913-HSG

**<u>FILER'S ATTESTATION</u>**

I, Michael B. Shortnacy, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 18, 2026                By:     */s/ Michael B. Shortnacy*
                                              Michael B. Shortnacy

4

AMENDED STIPULATION AND ORDER TO STAY
PROCEEDINGS PENDING POTENTIAL RESOLUTION

CASE NO. 4:25-CV-10913-HSG

## **ORDER**

1. All proceedings in this action are stayed until July 16, 2026;

2. The Initial Case Management Conference is continued from March 24, 2026 to August 18, 2026 at 2:00 p.m.;

3. The deadline for Defendants to answer or otherwise respond to the First Amended Complaint is stayed until August 21, 2026;

4. The deadline to file Rule 26(a)(1) initial disclosures is stayed until 45 days after Defendants answer the First Amended Complaint; and

5. The Parties shall file their Joint Case Management Statement no later than August 11, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/19/2026



The Honorable _____, Jr.
United ____

DENIED

*Haywood S. Gilliam Jr.*

Judge Haywood S. Gilliam Jr.

5

AMENDED STIPULATION AND ORDER TO STAY
PROCEEDINGS PENDING POTENTIAL RESOLUTION

CASE NO. 4:25-CV-10913-HSG