Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Steet, Suite 2700
San Francisco, CA 94104
Telephone:    (415) 439-1625

Stacey G. Pagonis (admitted *Pro Hac Vice*)
stacey.pagonis@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone:    (312) 862-3163

Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:    (424) 285-8330

Attorneys for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; AND RASIER-CA, LLC

Russell W. Lewis, IV. (Bar No. 350821)
rlewis@johnsonlawgroup.com
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
Telephone:    (713) 626-9336

 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KATHERINE PORTALATIN QUINONES,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC,<br><br>    Defendants. | Case No. 4:25-cv-10913-HSG<br><br>**STIPULATION REGARDING SCHEDULING AND ORDER**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Courtroom: 2 – 4th Floor |

## STIPULATION

**WHEREAS**, on January 30, 2026, Plaintiff Katherine Portalatin Quinones filed with the Court a First Amended Complaint against Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 15(a)(1) (ECF 12);

**WHEREAS**, on March 17, 2026, the Parties agreed pursuant to Civil Local Rule 6-1(a) to extend the deadline for Defendants to respond to the First Amended Complaint to April 23, 2026 (ECF 29);

**WHEREAS**, the Parties appeared before the Court for an initial case management conference on March 24, 2026 (*see* ECF 40);

**WHEREAS**, the Court directed the Parties at the initial case management conference to file a stipulation and proposed order resetting the responsive pleading deadline and reflecting that the Court has set a further case management conference on May 26, 2026 (*see* ECF 40).

**NOW THEREFORE**, pursuant to Civil Local Rule 7-12, and subject to the Court's approval and direction during the initial case management conference, the Parties, by and through their counsel of record, **STIPULATE AND AGREE** as follows:

1. A further case management conference is set on May 26, 2026 at 2:00 p.m. via Zoom video conference;

2. The partes shall submit a joint case management statement to the Court by May 19, 2026; and

3. Defendants shall answer or otherwise respond to the First Amended Complaint by June 2, 2026.

**IT IS SO STIPULATED**.

STIPULATION REGARDING
SCHEDULING AND ORDER

CASE NO. 4:25-CV-10913-HSG

Dated: March 31, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:  /s/ Michael B. Shortnacy
     MICHAEL B. SHORTNACY (SBN 277035)
     mshortnacy@shb.com
     SHOOK, HARDY & BACON L.L.P.
     2121 Avenue of the Stars, Suite 1400
     Los Angeles, CA 90067
     Telephone:    (424) 285-8330

     LAURA VARTAIN HORN (SBN 258485)
     laura.vartain@kirkland.com
     KIRKLAND & ELLIS LLP
     555 California Steet, Suite 2700
     San Francisco, CA 94104
     Telephone:    (415) 439-1625

     STACEY G. PAGONIS (admitted *Pro Hac Vice*)
     stacey.pagonis@kirkland.com
     KIRKLAND & ELLIS LLP
     333 West Wolf Point Plaza
     Chicago, IL 60654
     Telephone:    (312) 862-3163

     Attorneys for Defendants
     UBER TECHNOLOGIES, INC.,
     RASIER, LLC; AND RASIER-CA, LLC

By:  /s/ Russell W. Lewis, IV
     RUSSELL W. LEWIS, IV. (Bar No. 350821)
     rlewis@johnsonlawgroup.com
     JOHNSON LAW GROUP
     2925 Richmond Ave., Suite 1700
     Houston, Texas 77098
     Telephone:    (713) 626-9336

     Attorneys for Plaintiff

3

STIPULATION REGARDING
SCHEDULING AND ORDER

CASE NO. 4:25-CV-10913-HSG

## **FILER'S ATTESTATION**

I, Michael B. Shortnacy, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 31, 2026                          By:      */s/ Michael B. Shortnacy*
                                                                  Michael B. Shortnacy

4

STIPULATION REGARDING
SCHEDULING AND ORDER

CASE NO. 4:25-CV-10913-HSG

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/1/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION REGARDING
SCHEDULING AND ORDER

CASE NO. 4:25-CV-10913-HSG